UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Case No. 05C 2889 |
| ) | |
| v. ) | Judge Amy J. St. Eve |
| ) | |
| CLEVERLINK TRADING LIMITED, *et al.* ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendants. ) | |
| ) | |

FILED
MAY 16, 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S *EX PARTE* MOTION TO TEMPORARILY SEAL FILE

Plaintiff, Federal Trade Commission ("Commission" or "FTC"), hereby moves for an order to temporarily seal the file in this matter, including the Complaint and all papers submitted by the Commission on this date. In support thereof, Plaintiff states:

1. Plaintiff asks the Court to temporarily seal the file of this case until:

    A. This Court grants Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), through and until service of the TRO is made upon Defendant, but in no event later than Friday, May 20, 2005 at 5:00 p.m. Central Time; or

    B. This Court denies Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, through and until the date of such denial.

2. As described in more detail in the Memorandum Supporting Plaintiff's *Ex Parte* Motion for Temporary Restraining Order, Other Equitable Relief, and Order to Show Cause Why

a Preliminary Injunction Should Not Issue (the "TRO Memorandum"), this case concerns Defendants' repeated violations of the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 ("CAN-SPAM Act"), 15 U.S.C. § 7701, *et seq.*, and Adult Labeling Rule promulgated under the Act, 16 C.F.R. 316.4. Defendants' violations are causing substantial injury to consumers and Internet service providers.

3. As described in the Declaration and Certification of Plaintiff's Counsel Pursuant to Fed. R. Civ. P. 65(b) and Local Rule 5.5(d) in Support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Motion to Temporarily Seal File ("Declaration of Plaintiff's Counsel"), placing this matter and the Commission's papers on the public record before the time requested in Paragraph 1, above, could give Defendants the opportunity to conceal assets and destroy documents. Courts in this district have routinely granted similarly limited seals in other *ex parte* matters brought under the FTC Act. *See, e.g., FTC v. 3R Bancorp, et al.*, No. 04 C 7177 (N.D. Ill. Nov. 8, 2004) (Lefkow, J.); *FTC v. 120194 Canada Ltd. et al.*, No. 04 C 7204 (N.D. Ill. Nov. 8, 2004) (Gottschall, J.); *FTC v. AVS Marketing, Inc., et al.*, No. 04 C 6915 (N.D. Ill. Oct. 28, 2004) (Moran, J.); *FTC v. Harry*, No. 04 C 4790 (N.D. Ill. July 27, 2004) (Manning, J.); *FTC v. Phoenix Avatar, LLC, et al.*, 04 C 2897 (N.D. Ill. Apr. 23, 2004) (Holderman, J.); *FTC v. CSCT, Inc.*, 03 C 880 (N.D. Ill. Feb. 11, 2003) (Coar, J.); *FTC v. Bay Area Business Counsel, Inc.*, 02 C 5762 (N.D. Ill. Aug. 14, 2002) (Darrah, J.); *FTC v. Stuffingforcash.com Corp.*, Civ. No. 02 C 5022 (N.D. Ill. July 16, 2002) (Norgle, J.); *FTC v. TLD Network Ltd.*, No. 02 C 1475 (N.D. Ill. Feb. 28, 2002) (Holderman, J.); *FTC v. 1st Financial Solutions, Inc.*, No. 01 C 8790 (N.D. Ill. Nov. 19, 2001) (Kocoras, J.); *FTC v. Growth Plus Int'l Marketing, Inc.*, No. 00 C 7886 (N.D. Ill. Dec. 18, 2000) (Aspen, J.); *FTC v. Med Resorts Int'l, Inc.*, No. 00 C 4893 (N.D. Ill. Aug. 17, 2000) (Castillo, J.).

4. Therefore, Plaintiff respectfully submits that placing the file, including the supporting documents, in the public record at this time, or in any way identifying the parties and the relief requested, would not be in the public interest for the reasons described herein, in the TRO Memorandum, and the Declaration of Plaintiff's Counsel.

WHEREFORE, Plaintiff respectfully requests that this Court grant its *Ex Parte* Motion to Temporarily Seal File until:

A. This Court grants Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), through and until service of the TRO is made upon Defendant, but in no event later than Tuesday, May 20, 2005 at 5:00 p.m. Central Time; or

B. This Court denies Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, through and until the date of such denial.

Respectfully Submitted,

William Blumenthal
General Counsel

Steven M. Wernikoff
Jason K. Bowler
Federal Trade Commission
55 East Monroe Street, Suite 1860
Chicago, Illinois 60603
(312) 960-5634 [Telephone]
(312) 960-5600 [Facsimile]