UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05C 2889 |
| v. | ) ) ) | Judge Amy J. St. Eve |
| CLEVERLINK TRADING LIMITED, et. al. | ) ) | Magistrate Judge Jeffrey Cole |
| Defendants. | ) ) | |

## FTC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 34(a)

Plaintiff Federal Trade Commission ("FTC") moves to compel the production of documents from Defendants Cleverlink Trading Limited, et. al. (collectively "Defendants"). In support of its motion, the FTC states the following:

1. On August 15, 2005, the FTC served Defendants with discovery requests asking for relevant business and financial records. The FTC also served Chris and Sheila Services, LLC ("CSSI") with a subpoena for documents. Defendants use CSSI as a bookkeeper.

2. On October 3, 2005, the FTC received a response from CSSI that included a privilege log. The log submitted through CSSI contained assertions of privilege by Defendants, not CSSI. Defendants did not provide a privilege log in any of their own productions.

4. All documents listed in the privilege log are withheld via an assertion of either attorney-client or work product privileges. However, all Defendants' assertions are improper.

1

The assertions of attorney-client privilege fail because 1) Defendants do not provide adequate information to ascertain whether the assertion is proper, and 2) based on the information they do provide, even if the assertions were proper they have been waived. The assertions of work product privilege fail because 1) Defendants do not provide adequate information to ascertain whether the assertion is proper, and 2) Defendants' render the assertion facially invalid by the limited information that they actually do provide. Furthermore, even if work product privileges were proper, the FTC has a substantial need to examine these documents.

4. Federal Rule of Civil Procedure 34(a) permits discovery of documents "which are in the possession, custody, or control of the party upon whom the request is served." Rule 34(a) applies here because the documents possessed by CSSI are responsive to the discovery requests served on Defendants. Further, by virtue of withholding the documents from the FTC, Defendants have demonstrated control over the documents.

**WHEREFORE,** pursuant to the reasons set forth in this motion and in the FTC's memorandum in support thereof, the FTC requests entry of an order compelling Defendants to turn over all documents listed in the privilege log.

Dated: December 9, 2005

Respectfully submitted,

William Blumenthal
GENERAL COUNSEL

s/ Jason K. Bowler
_____
Steven M. Wernikoff
Jason K. Bowler
Federal Trade Commission
55 E. Monroe St., Ste. 1860
Chicago, IL 60603
Attorneys for Plaintiff