**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05cv02889 |
| v. ) | |
| ) | Judge Amy St. Eve |
| CLEVERLINK TRADING LIMITED, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF PRESENTMENT OF A MOTION**

**TO:** See Certificate of Service.

On <u>Wednesday, March 1, 2006</u>, at <u>9:00 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy St. Eve in Room 1241, or any judge sitting in that judge's stead, in the courtroom usually occupied by her in the District Court of Northern Illinois, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there move the Court for the entry of an order pursuant to the attached <u>Motion for Discharge of the Rule to Show Cause or in the Alternative for an Evidentiary Hearing on Rule to Show Cause, to Strike FTC's Hearsay and Inadmissible "Evidence" and to Compel Production of Documents</u>.

Respectfully submitted,

IWAN CRAY HUBER HORSTMAN
& VanAUSDAL LLC

/s/Lori E. Iwan
Lori E. Iwan


Lori E. Iwan (ARDC #: 6185255)
Ron L. Wisniewski (ARDC #: 6220577)
IWAN CRAY HUBER HORSTMAN & VanAUSDAL LLC
303 W. Madison, Ste. 2200
Chicago, IL 60606
(312) 332-8450
(312) 332-8451 – fax
lei@iwancray.com
rlw@iwancray.com
www.iwancray.com

**CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and LR 5.5, that a true and correct copy of the foregoing Notice was served via electronic service on Feb. 23, 2006 upon:

>Mr. Steven M. Wernikoff
>Mr. Jason K. Bowler
>Federal Trade Commission
>55 East Monroe, Suite 1860
>Chicago, IL  60603
>(312) 960-5634
>(312) 960-5600 – fax
>
>Mr. Theodore Kommers
>Ms. Shannon Leiola Clark
>Gould & Ratner
>222 North LaSalle Street, Suite 800
>Chicago, IL  60601
>tkommers@gouldratner.com
>sclark@gouldratner.com
>
>Mr. Joel R. Dichter
>Klein, Zelman, Rothermel & Dichter LLP
>485 Madison Avenue
>New York, NY  10022
>jdichter@zkrd.com

>/s/Lori E. Iwan
>Lori E. Iwan
>Attorney for Colin H. Sholes and
>Oceanic Telecommunications Services LLC
>Relief Defendants