# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Federal Trade Commission

                       Plaintiff,

v.                                          Case No.: 1:05−cv−02889

                                                 Honorable Amy J. St. Eve

Cleverlink Trading Limited, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2006:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Unknowns Oceanic Telecommunications Services, LLC, Colin H. Sholes to compel Production of Documents, MOTION by Unknowns Oceanic Telecommunications Services, LLC, Colin H. Sholes to dismiss Rule to Show Cause, MOTION by Unknowns Oceanic Telecommunications Services, LLC, Colin H. Sholes to strike FTC's Hearsay and Inadmissible "Evidence" [102] is denied in part, and denied in part without prejudice, as stated in open court. MOTION by Unknowns Oceanic Telecommunications Services, LLC, Colin H. Sholes for protective order to Quash Wachovia and Paypal Subpoenas [105] is denied in part, denied in part without prejudice and taken under advisement as to Wachovia Subpoena, as stated in open court. Status hearing held on 3/1/2006. Fact discovery ordered closed by 3/31/2006. Status hearing set for 4/3/2006 at 08:45 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.