UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLEVERLINK TRADING LIMITED, *et al.* ) <br> ) | Case No. 05C 2889 <br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Jeffrey Cole |

## AFFIRMATION OF JOEL R. DICHTER

Joel R. Dichter, an attorney duly admitted to practice law in the State of New York, affirms under penalty of perjury:

1. I am a partner with the law firm of Klein, Zelman, Rothermel & Dichter, L.L.P., counsel for Defendants in the above-captioned action. I submit this affirmation pursuant to the Court's March 13, 2006 Order. Except as to matters alleged below as being upon information and belief, I am fully and personally familiar with the facts and circumstances set forth herein.

2. Upon information and belief, all underlying factual information within Defendants' possession contained in the "draft reports" withheld by Defendants has already been produced to the FTC.

Dated: March 15, 2006
New York, New York

_____
Joel R. Dichter

{00076949;1}