**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| FEDERAL TRADE COMMISSION, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:05cv02889 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| CLEVERLINK TRADING LIMITED, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**RECORD CITES FOR THE MOTIONS AND BRIEFS REGARDING THE RELIEF DEFENDANTS' OBJECTIONS TO JURISDICTION AND THE RULE TO SHOW CAUSE**

Relief Defendants' Oceanic Telecommunications Services, LLC ("Oceanic") and Colin Sholes ("Sholes"), by counsel, submit the following references to the record in this case that comprise the complete briefing on the Relief Defendants' objections to personal and subject matter jurisdiction and in opposition to the rule to show cause, per the request of the Court on April 5, 2006:

| R. 48 | Motion By FTC To Preserve Assets And For Rule To Show Cause As To Why Third Party Oceanic Telecommunications Services, LLC Should Not Be Held In Contempt Of Court. |
|---|---|
| R. 57 | Memorandum By Oceanic Telecommunications Services, LLC In Opposition To FTC's Motion For Rule To Show Cause (including jurisdiction challenge). |
| R. 62 | Reply by FTC In Support Of Its Motion For Rule To Show Cause As To Why Third Party Oceanic Telecommunications Services, LLC Should Not Be Held In Contempt Of Court. |
| R. 63 | Motion By Oceanic Telecommunications Services, LLC To File Instanter Surreply (attachments include Surreply and Declaration of Sholes). |
| R. 92 | Jurisdictional Proffer As To Oceanic Telecommunications Services By FTC. |
| R. 96 | Memorandum By Colin Sholes And Oceanic Telecommunications Services, LLC In Opposition To Rule To Show Cause And Personal Jurisdiction Offer (includes jurisdiction proffer and evidentiary submission). |
| R. 101 | Reply By FTC To Memorandum In Opposition To Motion. |
| R. 102 | Motion By Oceanic and Sholes To Dismiss Rule To Show Cause, Strike FTC's Hearsay and Inadmissible Evidence, For Evidentiary Hearing And To Compel Production. |

|        | **ADDITONAL MATERIALS RELEVANT TO THE PENDING MOTIONS** |
|--------|----------------------------------------------------------|
| R. 84  | January 11, 2006 Minute Order Regarding Jurisdiction And Rule To Show Cause. |
| R. 86  | Second Amended Complaint Naming Oceanic And Sholes As Relief Defendants. |
| R. 104 | Oceanic And Sholes Answer And Affirmative Defenses To The Second Amended Complaint |
| R. 120 | Transcript Of 2/6/06 Hearing At Which The Court Explains The Two Tract Approach To Jurisdiction And The Rule To Show Cause. |

In the event the Plaintiff FTC submits additional substantive arguments, the Relief Defendants request leave to file a written response to any such materials.

                                  Respectfully submitted,

                                  /s Lori E. Iwan
                                  ―――――――――――

                                  Lori E. Iwan
                                  Ronald L. Wisniewski
                                  Iwan Cray Huber Horstman
                                  & VanAusdal LLC
                                  303 W. Madison Suite 2200
                                  Chicago, IL 60606
                                  Phone: 312.332.8450
                                  Facsimile: 312.332.8451
                                  Email:  lei@iwancray.com
                                                  rlw@iwancray.com

Dated:  April 6, 2006

## CERTIFICATE OF SERVICE

      The undersigned certifies pursuant to Fed.R.Civ.P. 5 and LR 5.5, that a true and correct copy of the foregoing Motion was served via electronic service on April 6, 2006 upon:

>Mr. Steven M. Wernikoff
>Mr. Jason K. Bowler
>Federal Trade Commission
>55 East Monroe, Suite 1860
>Chicago, IL  60603
>(312) 960-5634
>(312) 960-5600 – fax
>
>Mr. Theodore Kommers
>Ms. Shannon Leiola Clark
>Gould & Ratner
>222 North LaSalle Street, Suite 800
>Chicago, IL  60601
>tkommers@gouldratner.com
>sclark@gouldratner.com
>
>Mr. Joel R. Dichter
>Klein, Zelman, Rothermel & Dichter LLP
>485 Madison Avenue
>New York, NY  10022
>jdichter@zkrd.com

>   /s/Lori E. Iwan
>Lori E. Iwan
>Attorney for Colin H. Sholes and
>Oceanic Telecommunications Services LLC
>Relief Defendants