**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05cv02889 |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| CLEVERLINK TRADING LIMITED, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**RELIEF DEFENDANTS' MOTION TO STRIKE FTC'S SUPPLEMENTAL
SUBMISSION REGARDING THE COURT'S JURISDICTION OVER OCEANIC AND
SHOLES AND THE RULE TO SHOW CAUSE ISSUE OR IN THE ALTERNATIVE
FOR LEAVE TO FILE A RESPONSE**

Relief Defendants' Oceanic Telecommunications Services, LLC ("Oceanic") and Colin Sholes ("Sholes"), by counsel, move to strike "FTC's Supplemental Submission Regarding the Court's Jurisdiction Over Oceanic and Sholes" (R. 124), or in the alternative for leave to respond, for the following reasons:

1. On April 5, 2006, the Parties appeared before the Court and represented that the briefing on the jurisdiction and rule to show cause issues was complete. FTC was represented by two attorneys in court at that hearing.

2. As an aid to the convenience of the Court, it was agreed that a list of the motions and briefs that comprised the complete record would be submitted to the Court within 24 hours, by April 6, 2006. The Relief Defendants complied with that request by the Court. (R. 123)

3. FTC did not seek, and was not granted, leave to file a supplemental submission, nor was FTC granted leave to submit new evidence, on the pending issues. Nevertheless, FTC filed a "supplemental submission" which contains incomplete representations regarding the

record, contains new arguments, and submits new evidence created by the FTC since the April 5, 2006 hearing. (R. 124)

4. The Relief Defendants move that this Court strike the FTC's supplemental submission and not consider it as part of the record on the jurisdiction and rule to show cause issues pending before the Court. The Relief Defendants have not had an opportunity to respond to the supplemental submission and would be denied due process if the Court were to consider FTC's latest filing without any opportunity for the Relief Defendants to respond. Furthermore, FTC's filing was made without the Court's permission, in effect constituting a third reply brief on the pending issues, without any showing as to why further briefing was required, particularly having represented to the Court just one day prior that briefing was complete.

5. In the alternative, the Relief Defendants seek leave to respond to the FTC's supplemental submission and request that the Court defer ruling on the pending motions until the Relief Defendants have an opportunity to respond to this latest FTC submission. Lead counsel for the Relief Defendants, Lori Iwan, is familiar with the issues but she is scheduled to be out of the country from April 9 until April 20, and then is scheduled to attend a three day court-ordered mediation, which would prevent the Relief Defendants from having a full and fair opportunity to respond to the supplemental submission before May 1, 2006.

WHEREFORE, the Relief Defendants move for an order striking the FTC's supplemental submission (R. 124), or in the alternative, an order deferring ruling on the jurisdiction issues and rule to show cause motions until the Relief Defendants have an opportunity to respond to the FTC supplemental submission by May 1, 2006, or for such other relief as this Court deems fair and just.

Respectfully submitted,

/s Lori E. Iwan
———————————

Lori E. Iwan
Ronald L. Wisniewski
Iwan Cray Huber Horstman
& VanAusdal LLC
303 W. Madison Suite 2200
Chicago, IL 60606
Phone: 312.332.8450
Facsimile: 312.332.8451
Email:  lei@iwancray.com
         rlw@iwancray.com

Dated:  April 6, 2006

**CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and LR 5.5, that a true and correct copy of the foregoing Motion was served via electronic service on April 6, 2006 upon:

>Mr. Steven M. Wernikoff
>Mr. Jason K. Bowler
>Federal Trade Commission
>55 East Monroe, Suite 1860
>Chicago, IL  60603
>(312) 960-5634
>(312) 960-5600 – fax
>
>Mr. Theodore Kommers
>Ms. Shannon Leiola Clark
>Gould & Ratner
>222 North LaSalle Street, Suite 800
>Chicago, IL  60601
>tkommers@gouldratner.com
>sclark@gouldratner.com
>
>Mr. Joel R. Dichter
>Klein, Zelman, Rothermel & Dichter LLP
>485 Madison Avenue
>New York, NY  10022
>jdichter@zkrd.com

>/s/Lori E. Iwan
>Lori E. Iwan
>Attorney for Colin H. Sholes and
>Oceanic Telecommunications Services LLC
>Relief Defendants