# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Federal Trade Commission

                        Plaintiff,

v.                                         Case No.: 1:05−cv−02889
                                                   Honorable Virginia M. Kendall

Cleverlink Trading Limited, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 11, 2006:

      MINUTE entry before Judge Virginia M. Kendall :Relief defendants' motion for leave to file a response regarding the Court's jurisdiction over Oceanic and Sholes and the rule to show cause issue [125] is granted to and including 5/1/06. The presentment date of 4/12/06 for said motion is stricken. Status hearing reset to 5/18/2006 at 09:00 AM.Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.