**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05cv02889 |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| CLEVERLINK TRADING LIMITED, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**OCEANIC TELECOMMUNICATIONS SERVICES, LLC'S CORPORATE
DISCLOSURE STATEMENT**

NOW COMES, Relief Defendant Oceanic Telecommunications Services, LLC ("Oceanic"), by and through its counsel Lori E. Iwan, pursuant to Local Rule 7.1 and makes its corporate disclosure statement as follows:

1. Oceanic is a New Jersey limited liability company with its principal place of business in New Jersey.

2. Oceanic has no parent corporation and no publicly held corporation that owns 10% or more of its stock. Relief defendant Colin Sholes is Oceanic's only member.

> Respectfully submitted,
> Relief Defendants,
> Oceanic Telecommunications Service, LLC
> Colin Sholes
>
> /s Lori E. Iwan
> _____
> Lori E. Iwan
> Ronald L. Wisniewski
> Iwan Cray Huber Horstman
> & VanAusdal LLC
> 303 W. Madison Suite 2200
> Chicago, IL 60606
> Phone: 312.332.8450
> Facsimile: 312.332.8451
> Email: lei@iwancray.com
> rlw@iwancray.com

Dated: April 25, 2006

**CERTIFICATE OF SERVICE**

  The undersigned certifies pursuant to Fed.R.Civ.P. 5 and LR 5.5, that a true and correct copy of the foregoing Relief Defendant Corporate Disclosure Statement was served via electronic service on April 25, 2006 upon:

    Mr. Steven M. Wernikoff
    Mr. Jason K. Bowler
    Federal Trade Commission
    55 East Monroe, Suite 1860
    Chicago, IL 60603
    (312) 960-5634
    (312) 960-5600 – fax

    Mr. Theodore Kommers
    Ms. Shannon Leiola Clark
    Gould & Ratner
    222 North LaSalle Street, Suite 800
    Chicago, IL 60601
    tkommers@gouldratner.com
    sclark@gouldratner.com

    Mr. Joel R. Dichter
    Klein, Zelman, Rothermel & Dichter LLP
    485 Madison Avenue
    New York, NY 10022
    jdichter@zkrd.com


    /s/Lori E. Iwan
    Lori E. Iwan
    Attorney for Colin H. Sholes and
    Oceanic Telecommunications Services LLC