**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:05cv02889 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| CLEVERLINK TRADING LIMITED, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:** See Certificate of Service.

YOU ARE HEREBY NOTIFIED that on April 25, 2006, there was electronically filed with the Clerk of the Northern District Court of Illinois, Eastern Division, **Oceanic Telecommunications Services, LLC's Corporate Disclosure**, a copy of which is attached hereto.

                                          Respectfully submitted,

                                          IWAN CRAY HUBER HORSTMAN
                                          & VanAUSDAL LLC

                                          /s/Lori E. Iwan
                                          Lori E. Iwan

Lori E. Iwan (ARDC #:  6185255)
Ron L. Wisniewski (ARDC #:  6220577)
IWAN CRAY HUBER HORSTMAN & VanAUSDAL LLC
303 W. Madison, Ste. 2200
Chicago, IL  60606
(312) 332-8450
(312) 332-8451 – fax
lei@iwancray.com
rlw@iwancray.com
www.iwancray.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing Notice was served via electronic service on April 25, 2006 upon:

>Mr. Steven M. Wernikoff
>Mr. Jason K. Bowler
>Federal Trade Commission
>55 East Monroe, Suite 1860
>Chicago, IL  60603
>(312) 960-5634
>(312) 960-5600 – fax
>
>Mr. Theodore Kommers
>Ms. Shannon Leiola Clark
>Gould & Ratner
>222 North LaSalle Street, Suite 800
>Chicago, IL  60601
>tkommers@gouldratner.com
>sclark@gouldratner.com
>
>Mr. Joel R. Dichter
>Klein, Zelman, Rothermel & Dichter LLP
>485 Madison Avenue
>New York, NY  10022
>jdichter@zkrd.com

>/s/Lori E. Iwan
>Lori E. Iwan
>Attorney for Colin H. Sholes and
>Oceanic Telecommunications Services LLC
>Relief Defendants