# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2889 | **DATE** | 4/27/2006 |
| **CASE TITLE** | Federal Trade Commission vs. Cleverlink Trading Ltd., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/27/2006. All matters relating to the referral of this action being resolved, the case is returned to the assigned judge. Terminating case referral.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | SB |
|---|---|---|