**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:05cv02889 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| CLEVERLINK TRADING LIMITED, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PRESENTMENT OF A MOTION

**TO:    See Certificate of Service.**

On May 10, 2006, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall in Room 1719, or any judge sitting in that judge's stead, in the courtroom usually occupied by her in the District Court of Northern Illinois, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there move the Court for the entry of an order pursuant to the attached **Relief Defendant Oceanic's Motion for Order Allowing Limited Release of Funds**.

Respectfully submitted,

IWAN CRAY HUBER HORSTMAN
& VanAUSDAL LLC

/s/Lori E. Iwan
Lori E. Iwan

Lori E. Iwan (ARDC #:  6185255)
Ron L. Wisniewski (ARDC #:  6220577)
IWAN CRAY HUBER HORSTMAN & VanAUSDAL LLC
303 W. Madison, Ste. 2200
Chicago, IL  60606
(312) 332-8450
(312) 332-8451 – fax
lei@iwancray.com
rlw@iwancray.com
www.iwancray.com

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing Notice was served via electronic service on May 2, 2006 upon:

Mr. Steven M. Wernikoff
Mr. Jason K. Bowler
Federal Trade Commission
55 East Monroe, Suite 1860
Chicago, IL  60603
(312) 960-5634
(312) 960-5600 – fax

Mr. Theodore Kommers
Ms. Shannon Leiola Clark
Gould & Ratner
222 North LaSalle Street, Suite 800
Chicago, IL  60601
tkommers@gouldratner.com
sclark@gouldratner.com

Mr. Joel R. Dichter
Klein, Zelman, Rothermel & Dichter LLP
485 Madison Avenue
New York, NY  10022
jdichter@zkrd.com

/s/Lori E. Iwan
Lori E. Iwan
Attorney for Colin H. Sholes and
Oceanic Telecommunications Services LLC
Relief Defendants