# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2889 | **DATE** | 6/19/2006 |
| **CASE TITLE** | Federal Trade Commission vs. Cleverlink Trading Limited, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/25/06 at 9:00 AM. Discovery ordered closed by 9/18/06. Any dispositive motions shall be filed by 10/18/06. Responses due by 11/17/06. Replies due by 12/1/06. The matter is hereby referred to the magistrate judge for further discovery and any hearing regarding whether Oceanic or Colin Sholes should be held in contempt of court for violating the preliminary injunction. Enter Memorandum Opinion and Order. Defendants' motion to strike [125] is denied as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | GR |
|---|---|---|