# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Federal Trade Commission

                    Plaintiff,

v.                                          Case No.: 1:05–cv–02889
                                         Honorable Virginia M. Kendall

Cleverlink Trading Limited, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2006:

    MINUTE entry before Judge Jeffrey Cole : Status hearing set for 7/6/2006 at 8:30 A.M. before Magistrate Judge Cole in Courtroom 1838.Mailed notice by judge's staff.(srb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.