# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Federal Trade Commission

                               Plaintiff,

v.                                           Case No.: 1:05−cv−02889
                                                 Honorable Virginia M. Kendall

Cleverlink Trading Limited, et al.

                               Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 6, 2006:

      MINUTE entry before Judge Jeffrey Cole : Status hearing regarding pending motions held on 7/6/2006. FTC's motion for rule to show cause as to why third party Oceanic should not be held in contempt [48]; Motion for protective order staying Colin Sholes' deposition and limiting the scope [118] and Motion for order allowing limited release of funds [133] are all entered and continued. A further status hearing is set for 8/7/2006 at 8:30 A.M.Mailed notice by judge's staff.(srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.