UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CLEVERLINK TRADING LIMITED, *et al.* ) </br> ) </br> Defendants, ) </br> ) </br> OCEANIC TELECOMMUNICATIONS ) </br> SERVICES, LLC and COLIN H. SHOLES, ) </br> ) </br> Relief Defendants. ) </br> ) | Case No. 05C 2889 </br></br> Judge Virginia M. Kendall </br></br> Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

To:  **See Attached Service List**

**PLEASE TAKE NOTICE** that on Tuesday, July 25, 2006, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, Room 1719, and shall then and there present the **FTC's Motion For Entry of Stipulated Order For Permanent Injunction and Final Judgment As To Defendants Cleverlink Trading Limited, Real World Media, LLC, Crazy Protocol Communications, Inc., Brian D. Muir, Jesse Goldberg and Caleb Wolf Wickman**, a true and correct copy of which is attached and served upon you.

Respectfully submitted,

/s/ Steven Wernikoff
Steven M. Wernikoff
Jason K. Bowler
Federal Trade Commission
55 East Monroe, Suite 1860
Chicago, IL 60603
Phone:  (312) 960-5634
Facsimile: (312) 960-5600

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of **FTC's Motion For Entry of Stipulated Order For Permanent Injunction and Final Judgment As To Defendants Cleverlink Trading Limited, Real World Media, LLC, Crazy Protocol Communications, Inc., Brian D. Muir, Jesse Goldberg and Caleb Wolf Wickman** was served electronically pursuant to the Northern District of Illinois Electronic Court Filing service pursuant to Local Rules 5.5 and 5.9, upon the following:

Joel R. Dichter
Klein, Zelman, Rothermel & Dichter, L.L.P.
485 Madison Avenue
New York, NY 10022-5803
jdichter@kzrd.com
Counsel for Defendants

Theodore Kommers
Shannon Leiola Clark
Gould & Ratner
222 N. LaSalle, 8th Floor
Chicago, IL 60601
tkommers@gouldratner.com
sclark@gouldratner.com
Local Counsel for Defendants

Lori E. Iwan
Ronald Lee Wisniewski
Iwan Cray Huber Horstman & Van Ausdal, LLC
303 West Madison, #2200
Chicago, IL 60606
Counsel for Relief Defendants Oceanic Telecommunications Services, LLC and Colin H. Sholes
lei@iwancray.com
rlw@iwancray.com

                                                 /s/ Steven Wernikoff
                                                 Steven M. Wernikoff
                                                 Counsel for the FTC