UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05 C 2889 |
| ) | |
| CLEVERLINK TRADING LIMITED, *et al.* ) | Judge Virginia M. Kendall |
| ) | |
| Defendants, ) | Magistrate Judge Jeffrey Cole |
| ) | |
| OCEANIC TELECOMMUNICATIONS ) | |
| SERVICES, LLC and COLIN H. SHOLES, ) | |
| ) | |
| Relief Defendants. ) | |

**RELIEF DEFENDANTS OCEANIC TELECOMMUNICATIONS SERVICES, LLC AND COLIN H. SHOLES OBJECTIONS TO FTC AND CLEVERLINK'S STIPULATED ORDER FOR PERMANENT INJUNCTION AND FINAL JUDGMENT AS TO DEFENDANT CLEVERLINK TRADING LIMITED SECTION IV(F)(1) AND (2) AND MOTION TO STRIKE ANY LANGUAGE ADJUDICATING MERITS IN SECTION IV**

Relief Defendants Oceanic Telecommunications Services, LLC ("Oceanic") and Colin H. Sholes, by Counsel, Object to Plaintiff FTC and Cleverlink Trading Limited's Proposed Stipulated Order For Permanent Injunction and Final Judgment as to Defendant Cleverlink Trading Limited Section IV(F)(1) and (2) filed July 12, 2006 (R.143, p. 15-16). In the Proposed Order, which proposes to resolve the dispute between Plaintiff FTC and Defendant Cleverlink, the Plaintiff and Defendant apparently seek to **declare** the rights of Defendant Oceanic and cause the immediate transfer of monies Oceanic earned pursuant to a contract with Cleverlink, some of which were received by Oceanic (described in Section IV(F)(1)) and other monies which continue to be held by third parties (described in Section (V(F)(2)), without affording Oceanic and Sholes due process.

FTC and Cleverlink's claim to the funds described in Section IV(F) has been disputed by the Relief Defendants since the initial imposition of a preliminary injunction in this matter and has yet to be ruled on by this Court. Plaintiff and Defendants cannot simply agree to declare the resolution of the dispute and cause an immediate transfer of funds belonging to a third party.

Accordingly, the Relief Defendants object to the proposed stipulated order to the extent it impairs or affects their legal rights with respect to the monies in question and their due process rights and move to strike the language of Section IV to the extent it adjudicates the merits of the disputed claim to the monies or requires an immediate transfer of monies by the Relief Defendants.

WHEREFORE, the Relief Defendants object to the FTC and Cleverlink Proposed Stipulated Order for Permanent Injunction and Final Judgment and hereby move for an Order striking any language from the Proposed Stipulated Order in Section IV(F) that constitutes a determination of rights to any monies as between the Relief Defendants and Cleverlink or requires the immediate transfer of monies by the Relief Defendants upon entry of the Proposed Stipulated Order or any other event other than an adjudication of the merits of the disputed claim to the monies, or for such other relief as the Court deems fair and just.

Respectfully submitted,

/s/ Lori E. Iwan

_____

Lori E. Iwan
Ronald L. Wisniewski
Iwan Cray Huber Horstman
& VanAusdal LLC
303 W. Madison Suite 2200
Chicago, IL 60606
Phone: 312.332.8450
Facsimile: 312.332.8451
Email:  lei@iwancray.com
           rlw@iwancray.com

Case: 1:05-cv-02889 Document #: 145 Filed: 07/24/06 Page 3 of 4 PageID #:1248

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 24, 2006, I caused to be served a true copy of the foregoing **RELIEF DEFENDANTS OCEANIC TELECOMMUNICATIONS SERVICES, LLC AND COLIN H. SHOLES OBJECTIONS TO FTC AND CLEVERLINK'S STIPULATED ORDER FOR PERMANENT INJUNCTION AND FINAL JUDGMENT AS TO DEFENDANT CLEVERLINK TRADING LIMITED SECTION IV(F)(1) AND (2)** on the following via electronic service:

Joel R. Dichter
Klein, Zelman, Rothermel & Dichter, L.L.P.
485 Madison Avenue
New York, NY 10022-5803
jdichter@kzrd.com
Counsel for Defendants

Theodore Kommers
Shannon Leiola Clark
Gould & Ratner
222 N. LaSalle, 8th Floor
Chicago, IL 60601
tkommers@gouldratner.com
sclark@gouldratner.com
Local Counsel for Defendants

Steven M. Wernikoff
Jason K. Bowler
Federal Trade Commission
55 East Monroe Street, Suite 1860
Chicago, Illinois 60603
Counsel for FTC


Dated: July 24, 2006

                /s/ Lori E. Iwan

                _____
                Lori E. Iwan