# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2889 | **DATE** | 10/26/2006 |
| **CASE TITLE** | Federal Trade Commission vs. Cleverlink Trading Ltd., et al | | |

**DOCKET ENTRY TEXT**

Enter Report and Recommendation regarding holding Oceanic in contempt of court for alleged violations of the injunctions [48].

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | SB |
|---|---|---|