**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLEVERLINK TRADING LIMITED, *et al.* ) <br> ) <br> Defendants, ) <br> ) <br> OCEANIC TELECOMMUNICATIONS ) <br> SERVICES, LLC and COLIN H. SHOLES, ) <br> ) <br> Relief Defendants. ) | Case No. 05 C 2889 <br><br> Judge Virginia M. Kendall |

**RELIEF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO COUNT VI, PLAINTIFF'S REQUEST FOR DISGORGEMENT OF ILL-GOTTEN GAINS**

Relief Defendants OCEANIC TELECOMMUNICATIONS SERVICES, LLC and COLIN H. SHOLES, by their attorney, LORI E. IWAN, move for an order granting Summary Judgment as to Count VI, Plaintiff's Request for Disgorgement of Ill-Gotten Gains because: (i) There is no evidence that the Relief Defendants had knowledge that Cleverlink was submitting credit card charges through Oceanic that were obtained by violating the CAN-SPAM or the Adult Labeling Act; (ii) there is no evidence that the Relief Defendants committed a violation of the CAN-SPAM or the Adult Labeling Act, and (iii) the Relief Defendants merely provided credit card services to Cleverlink making them immune from the provisions of the CAN-SPAM Act and the Adult Labeling Rule. In support of their motion and pursuant to L.R. 56.1(a), Relief Defendants submit a "Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment as to Count VI, and Motion for Summary Judgment as to Oceanic

2

Telecommunications Services LLC's Compliance with the June 29, 2005 Stipulated Preliminary Injunction," and a "Memorandum of Law in Support of Relief Defendants' Motion for Summary Judgment as to Count VI, Plaintiff's Request for Disgorgement of Ill-Gotten Gains."

WHEREFORE, Relief Defendants OCEANIC TELECOMMUNICATIONS SERVICES, LLC and COLIN H. SHOLES move for an order granting Summary Judgment in their favor and against the Plaintiff, FEDERAL TRADE COMMISSION, there being no genuine issue of material fact, and Relief Defendants being entitled to judgment as a matter of law.

                Respectfully submitted,

                /s/ Lori E. Iwan
                _____
      By:  Lori E. Iwan

Lori E. Iwan
Iwan Cray Huber Horstman
& VanAusdal LLC
303 W. Madison Suite 2200
Chicago, IL 60606
Phone: 312.332.8450
Facsimile: 312.332.8451
Email:  lei@iwancray.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2006, I caused to be served a true copy of the foregoing **RELIEF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO COUNT VI, PLAINTIFF'S REQUEST FOR DISGORGEMENT OF ILL-GOTTEN GAINS** via electronic service:

>Steven M. Wernikoff
>Jason K. Bowler
>Federal Trade Commission
>55 East Monroe Street, Suite 1860
>Chicago, Illinois 60603
>Counsel for FTC

>/s/ Lori E. Iwan
>_____
>Lori E. Iwan