**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05 C 2889 |
| ) | |
| CLEVERLINK TRADING LIMITED, *et al.* ) | Judge Virginia M. Kendall |
| ) | |
| Defendants, ) | |
| ) | |
| OCEANIC TELECOMMUNICATIONS ) | |
| SERVICES, LLC and COLIN H. SHOLES, ) | |
| ) | |
| Relief Defendants. ) | |

**RELIEF DEFENDANT OCEANIC TELECOMMUNICATIONS SERVICES, LLC AND COLIN SHOLES' MOTION FOR SUMMARY JUDGMENT AS TO ITS COMPLIANCE WITH THE JUNE 29, 2005 STIPULATED PRELIMINARY INJUNCTION**

Relief Defendants OCEANIC TELECOMMUNICATIONS SERVICES, LLC, ("Oceanic") and COLIN SHOLES (collectively "Relief Defendants") by their attorney, LORI E. IWAN, move for an order granting Summary Judgment as to Relief Defendants Oceanic and Colin Sholes' Compliance with the June 29, 2005 Stipulated Preliminary Injunction Order and against FTC on its motion for rule to show cause for the alleged violation of the Preliminary Injunction, because the Relief Defendants are the owners of all the monies in Oceanic's bank accounts on June 29, 2005, pursuant to the Judgment Order entered against Cleverlink on June 30, 2006, which established as a matter of law the Relief Defendants' rights and ownership with respect to the monies held by them. In support of their motion and pursuant to L.R. 56.1(a), Relief Defendants submit their "Statement of Undisputed Material Facts in Support of Relief Defendants Oceanic and Colin Sholes' Motions for Summary Judgment," and their

2

"Memorandum of Law in Support of Relief Defendants' Motion for Summary Judgment as to Their Compliance with the June 29, 2005 Preliminary Injunction."

WHEREFORE, Relief Defendants OCEANIC TELECOMMUNICATIONS SERVICES, LLC and COLIN SHOLES move for an order granting Summary Judgment in their favor and against the Plaintiff, FEDERAL TRADE COMMISSION, as to their compliance with the June 29, 2005 Stipulated Preliminary Injunction, there being no genuine issue of material fact, and Relief Defendants being entitled to judgment as a matter of law.

                Respectfully submitted,

                /s/ Lori E. Iwan
                _____
       By:  Lori E. Iwan

Lori E. Iwan
Iwan Cray Huber Horstman
& VanAusdal LLC
303 W. Madison Suite 2200
Chicago, IL 60606
Phone: 312.332.8450
Facsimile: 312.332.8451
Email:  lei@iwancray.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2006, I caused to be served a true copy of the foregoing **RELIEF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO RELIEF DEFENDANTS' COMPLIANCE WITH THE JUNE 29, 2005 STIPULATED PRELIMINARY INJUNCTION** via electronic service:

    Steven M. Wernikoff
    Jason K. Bowler
    Federal Trade Commission
    55 East Monroe Street, Suite 1860
    Chicago, Illinois 60603
    Counsel for FTC

    /s/ Lori E. Iwan
    _____
    Lori E. Iwan