**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:05cv02889 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| CLEVERLINK TRADING LIMITED, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** See Certificate of Service.

YOU ARE HEREBY NOTIFIED that on November 1, 2006, there was electronically filed with the Clerk of the Northern District Court of Illinois, Eastern Division, **Relief Defendant Oceanic Telecommunications Services, LLC and Colin Sholes': (1) Motion For Summary Judgment As To Their Compliance With The June 29, 2005 Stipulated Preliminary Injunction, (2) Memorandum Of Law In Support Of Relief Defendant Oceanic Telecommunications, LLC's Motion For Summary Judgment As To Its Compliance With The June 29, 2005 Stipulated Preliminary Injunction, (3) Relief Defendants' Motion for Summary Judgment as to Count VI, (4) Memorandum Of Law In Support Of Relief Defendants' Motion For Summary Judgment As To Count VI, (5) Relief Defendants Oceanic Telecommunications, LLC And Colin Sholes' Statement Of Undisputed Material Facts In Support Of Their Motion For Summary Judgment As To Count VI, And Relief Defendants' Motion For Summary Judgment As To Their Compliance With The June 29, 2005 Stipulated Preliminary Injunction,** copies of which are attached hereto.

                              Respectfully submitted,

                              IWAN CRAY HUBER HORSTMAN
                              & VanAUSDAL LLC

                              /s/Lori E. Iwan
                              Lori E. Iwan

Lori E. Iwan (ARDC #: 6185255)
IWAN CRAY HUBER HORSTMAN & VanAUSDAL LLC
303 W. Madison, Ste. 2200
Chicago, IL 60606
(312) 332-8450
(312) 332-8451 – fax
lei@iwancray.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing Notice was served via electronic service on November 1, 2006 upon:

>Mr. Steven M. Wernikoff
>Mr. Jason K. Bowler
>Federal Trade Commission
>55 East Monroe, Suite 1860
>Chicago, IL  60603
>(312) 960-5634
>(312) 960-5600 – fax

>/s/Lori E. Iwan
>Lori E. Iwan
>Attorney for Colin H. Sholes and
>Oceanic Telecommunications Services LLC
>Relief Defendants