# United States District Court

## Northern District of Illinois
### Eastern Division

FTC                                    **JUDGMENT IN A CIVIL CASE**

          v.                                      Case Number: 05 C 2889

CLEVERLINK

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that , the FTC's Motion for Summary Judgment Against Relief Defendants is granted and Oceanic's and Colin H. Sholes' Motion for Summary Judgment as to Count VI is denied. Relief Defendants are ordered to disgorge the $292,829.26 in funds that are profits of Cleverlink's unlawful activities and to which they have no legitimate claim. This Court adopts in part and rejects in part Magistrate Judge Cole's Report and Recommendation on the FTC's Motion To Preserve Assets and For Rule To Show Cause As To Why Oceanic Should Not Be Held In Contempt Of Court. Oceanic and Sholes willfully violated this Court's order not to disburse assets held on behalf of Cleverlink. Wherefore, Oceanic's and Colin H. Sholes' Motion for Summary Judgment as to its Compliance with the June 29, 2005 Stipulated Preliminary Injunction is denied and the FTC's Motion To Preserve Assets and For Rule To Show Cause As To Why Oceanic Should Not Be Held In Contempt Of Court is granted [48]. Oceanic and Sholes are sanctioned for their contemptuous conduct in an amount to be determined by the Court at a future date based on evidence of loss to be submitted to the Court. Together with the disgorgement order, Oceanic and Sholes are jointly and severally liable in the amount of $292,829.26 plus the amount of loss to be determined by the Court.

                                                         Michael W. Dobbins, Clerk of Court

Date: 9/28/2007                              _____
                                                         /s/ Terry Perdue, Deputy Clerk