

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2889 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Federal Trade Commission vs. Cleverlink Trading Limited, et al | | |

**DOCKET ENTRY TEXT**

The FTC's Motion to Turn Over Funds [218] is granted. Enter Order directing the Clerk to transfer the $300,876.86 held in the Court's registry in this matter, and any interest accrued on such funds, to the FTC in accordance with instructions provided by counsel for the FTC. The 3/26/2008 presentment date for said motion is stricken; no appearance is required.

Docketing to mail notices.
Copy sent to Fiscal.

| | Courtroom Deputy Initials | KW |
|---|---|---|