

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05 C 2889 |
| CLEVERLINK TRADING LIMITED, *et al.* ) | Judge Virginia M. Kendall |
| Defendants, ) | |
| OCEANIC TELECOMMUNICATIONS SERVICES, LLC and COLIN H. SHOLES, ) | |
| Relief Defendants. ) | |

## ORDER

On February 12, 2008, this Court entered an Amended Judgment against Relief Defendants Oceanic Telecommunications Services, LLC and Colin Sholes, and in favor of the Federal Trade Commission ("FTC"), in the amount of $344,640.98. On or about March 14, 2008, Relief Defendants transferred $300,876.86 into the Court's registry to purge themselves of the civil contempt sanctions entered by this Court on February 12, 2008.

Upon due consideration, the Court hereby GRANTS the FTC's motion to turn over the funds in the Court's registry to the FTC, and IT IS HEREBY ORDERED that within fourteen (14) days after the date of the entry of this Order, the Clerk's Office for the Northern District of Illinois shall transfer the $300,876.86 held in the Court's registry in this matter, and any interest

accrued on such funds, to the FTC in accordance with instructions provided by counsel for the FTC.

**IT IS SO ORDERED.**

Dated: 3-24-08

Honorable Virginia M. Kendall
United States District Judge